**CHOCTAW AND CHICKASAW NATIONS**

v.

**Kay KIMBELL.**

**No. 4658.**

United States Court of Appeals, Tenth Circuit.

Dec. 7, 1953.

W. F. Semple, Tulsa, Okl., and Lynn Adams, Oklahoma City, Okl., for appellants.

C. B. Cochran, Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed on appellants' motion.

**Thomas Lea GARRY**

v.

**Louella Howard FERGUSON, Clark S. Wood, Administrator of the Estate of Jerome Howard.**

**No. 4792.**

United States Court of Appeals, Tenth Circuit.

Jan. 6, 1954.

No appearance for appellant.

Clyde & Mecham, Salt Lake City, Utah, for appellees.

Before PHILLIPS, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellee, Louella Howard Ferguson, for failure of appellant diligently to prosecute.